■ ROBERT VELEZ, by RICHARD VELEZ, as Conservator, Respondent-Appellant, v JEFFREY KOOKEN, Deceased, by SHELDON KOOKEN, as Administrator of the Estate of JEFFREY KOOKEN, Deceased, Defendant; SUTTER'S MINING CO. OF SYRACUSE, INC., Respondent, and SUTTER'S MINING CO., INC., Appellant-Respondent.—Order unanimously affirmed with costs for reasons stated at Special Term, Rossetti, J. (Appeals from order of Supreme Court, Erie County, Rossetti, J.—summary judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Balio, JJ.

■ STANLEY LEWIS, as President of the Board of Managers of the Williamsville Towers Condominium, Appellant, v WILLIAMSVILLE TOWERS ASSOCIATES, Respondent, and PATRICIA RANDOLPH et al., Appellants. (Appeal No. 1.)—Judgment unanimously modified on the law and as modified affirmed with costs to respondent Williamsville Towers Associates, in accordance with the following memorandum: We agree with Special Term that under this court's prior decision in *504 Will-Tow Realty Corp. v Board of Managers* (116 AD2d 1004), the defendant had the sole authority to assign parking spaces. We modify, however, that portion of the order which declared that Ms. Cosentino is the "owner" of the parking spaces in question. The condominium declaration provides only that an assignee acquires an exclusive right to use the parking spaces assigned.

We dismiss the second appeal because, notwithstanding plaintiff's characterization of the motion as one for "reconsideration", we deem the motion as one for reargument, the denial of which is not appealable *(see, Conrad v Conrad,* 109 AD2d 772; *Smith v Smith,* 97 AD2d 932, 933). (Appeal from judgment of Supreme Court, Erie County, Flaherty, J.—summary judgment; declaratory judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Balio, JJ.

■ STANLEY LEWIS, as President of the Board of Managers of the Williamsville Towers Condominium, Appellant, v WILLIAMSVILLE TOWERS ASSOCIATES, Respondent, and PATRICIA RANDOLPH et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Same memorandum as in *Lewis v Williamsville Towers Assocs.* ([appeal No. 1] 144 AD2d 923 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Flaherty, J.—reconsideration.) Present—Dillon, P. J., Doerr, Green, Pine and Balio, JJ.